E-FILED
Tuesday, 04 November, 2014 11:59:16 AM
Clerk, U.S. District Court, ILCD

FILED
NOV - 4 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Honorable Judge, Mr. Dade.

04-10037

Greetings..... It has been quite sometime now since the day I was last seen before your presence, approximately 13 years 7 months ago.

I wish above all things that you and your family are in good health and also prospering in soul. However, I write this letter in hopes of recieving your recomendation to the pardon comittee in relation to my request of the President in commuteing my sentence.

Being here has been a very humbleing experience for me, a life changeing one indeed. While here I've learned the value of life, and even in the value of those lives that I've been blessed with. Not only in my own life, but also some individuals that I've met throughout my journey here in being that example, and setting the right example. By this witness within' me, in truth through the understanding meaning of the things that truly value life and godliness.

Like a child at play I was... I was blinded by the imagination of the ignorance of my own heart, until that day came a decade ago before your honorable court. I was awakened to faithfully commit myself to the educating of my own heart inorder to be a better man, a husband and a father to my family.

I am grateful to God for him given me a second chance in myself. But I long even more for that chance again in life for my children, and the people that's less fortunate whose lives are in the path of my past life situations.

God Bless,

Shane Watkins 11956-026  
Federal Correctional Institution PO Box 5000  
Pekin Illinois 61555



PEORIA IL 616  
03 NOV 2014 PM 2 T

✧ 11956-026 ✧  
Clerk Ofcourt  
100 NE Monroe ST  
309 Federal Bldge.  
Peoria, IL 61602  
United States

61602$1003