# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br>SHANE T. WATKINS,<br>    Defendant. | )<br>)<br>)<br>) Case No. 04-10037<br>)<br>) |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    THE WARDEN OF FCI PEKIN
         THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden of the FCI PEKIN and the United States Marshal for the Central District of Illinois, to transport the said SHANE T. WATKINS and to produce the said SHANE T. WATKINS, Register No. 11956-026, in the United States District Court, 100 N.E. Monroe, Peoria, Illinois, by the hour of 2:00 PM on April 1, 2019, and then and there to appear in connection with this cause and then and there to present the defendant before the court and from day to day thereafter as may be necessary, and after the said SHANE T. WATKINS has so then and there appeared, that you return the said SHANE T. WATKINS to the institution, under safe and secure conduct, and have you then and there this Writ.

    WITNESS, the Honorable Shig Yasunaga, Clerk of the said Court, and the seal thereof, at the City of Peoria, this 23rd day of January, 2019.

                                                           _____
                                                           Shig Yasunaga, Clerk
                                                           United States District Court
                                                           Central District of Illinois